IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| TERRY HARTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 2:24-cv-00032 |
| ) | |
| GUIDANT GLOBAL, INC. d/b/a ) | |
| BARTECH STAFFING, ) | |
| ) | |
| Defendant. ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: **TERRY HARTMAN**

Date: January 25, 2024

                                              /s/Ronald E. Weldy
                                              Ronald E. Weldy, #22571-49
                                              Weldy Law
                                              11268 Governors Lane
                                              Fishers, IN 46037
                                              Tel: (317) 842-6600
                                              E-mail: rweldy@weldylegal.com