IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| TERRY HARTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:24-cv-32 |
| | ) | |
| GUIDANT GLOBAL, INC. d/b/a BARTECH STAFFING, | ) ) | |
| | ) | |
| Defendant. | ) | |

**N.D. Ind. L.R. 6-1(b) Notice of Automatic Extension of Time to Respond to Complaint**

Defendant provides notice of an automatic twenty-eight (28) day extension of time to respond to the Complaint pursuant to N.D. Ind. L.R. 6.1(b), stating as follows:

1. Defendant's original deadline to respond to the Complaint is February 21, 2024. This deadline has not been extended before.

2. Counsel for Defendant consulted with counsel for Plaintiff, and counsel for Plaintiff agreed to an automatic extension of twenty-eight (28) days to respond to the Complaint.

3. The new deadline for Defendant to respond to the Complaint is Wednesday, March 20, 2024.

Dated:  February 20, 2024            Respectfully submitted,

*/s/ Brian E. Spang*
Brian E. Spang
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois  60602
Phone:  (312) 807-4238
Brian.Spang@klgates.com

Michael A. Pavlick (admission pending)
K&L GATES LLP
210 Sixth Ave.
Pittsburgh, PA  15222
Phone: (412) 355-6275
Michael.Pavlick@klgates.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing was filed via Court's ECF system and served on all counsel of record on February 20, 2024.

/s/ Brian E. Spang
ATTORNEY FOR DEFENDANT